IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-02765-WJM-MJW

DALIP BASANTI,

    Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D., and
PLATTE VALLEY MEDICAL CENTER,

    Defendants.
_____

## ORDER GRANTING STIPULATED MOTION TO DISMISS EMTALA CLAIMS
_____

This matter is before the Court on Plaintiff Dalip Basanti's and Defendant Jeffrey Metcalf, M.D.'s Stipulated Motion to Dismiss EMTALA claims as Alleged Against Dr. Metcalf, filed December 30, 2011 (ECF No. 23).  The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss EMTALA Claims as Alleged against Dr. Metcalf is GRANTED.  The Court ORDERS that any and all claims against Dr. Metcalf concerning the Emergency Medical Treatment and Active Labor Act, 42 U.S.C. § 1395dd ("EMTALA"), including paragraph 228(f), in its entirety, of Plaintiff's Complaint, and the EMTALA reference contained in paragraph 228(g) of Plaintiff's Complaint are DISMISSED WITH PREJUDICE.

Dated this 3rd day of January, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge