**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 2011-cv-02765-WJM-BNB

DALIP BASANTI,

    Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D., and
PLATTE VALLEY MEDICAL CENTER,

    Defendants.
_____

**ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE**
_____

This matter is before the Court on the parties' Joint Motion to Administratively Close Case pursuant to D.C.Colo.LCivR. 41.2 (ECF No. 44).  The Court having reviewed the Motion, pleadings on file, and being fully advised hereby ORDERS as follows:

The parties' Joint Motion is GRANTED.  The Court ORDERS that this matter be ADMINISTRATIVELY CLOSED until Plaintiff adds the United States of America and/or any federal employee as party-defendants in this action, after which the case may be reopened upon motion by any party.  The administrative closing of the case does not result in a dismissal of the action under Fed.R.Civ.P. 41, and shall not affect any of the current parties' rights, remedies, or defenses, including but not limited to any statute of limitations defense, that existed at the time of the filing of the initial Complaint.

Dated this 13th day of February, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge