**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02765-WJM-BNB

DALIP BASANTI,

    Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER,
THE UNITED STATES OF AMERICA, by and through
SALUD FAMILY HEALTH CENTER,
ANDREW MAY M.D.,
N. WELTER, F.N.P.,
GUILLERMINA CASTILLO, P.A.,
ALBERTO DENEGRI, M.D.,
KELET ROBINSON, M.D.,
EIILEEN FLAHERTY, N.P.,
LORRAINE RUFNER, M.D., and
MELISSA BEAGLE, M.D.

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL OF PARTIES**

---

This matter comes before the Court on Plaintiff's Unopposed Motion for Dismissal of Parties filed August 1, 2012 (ECF No. 78).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dalip Basanti, by and through her attorneys, seek the dismissal of Defendants Andre May, M.D., Nancy Welter, F.N.P., Guillermina Castillo, P.A., Alberto Denegri, M.D., Kelet Robinson, M.D., Eileen Flaherty, N.P., Lorraine Rufner, M.D., and Melissa Beagle, M.D.  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

Plaintiff's Motion is GRANTED. The claims against Defendants Andre May, M.D., Nancy Welter, F.N.P., Guillermina Castillo, P.A., Alberto Denegri, M.D., Kelet Robinson, M.D., Eileen Flaherty, N.P., Lorraine Rufner, M.D., and Melissa Beagle, M.D. are hereby DISMISSED WITHOUT PREJUDICE. All parties shall bear their own attorney's fees and costs.

Dated this 2nd day of August, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge