IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02765-WJM-BNB

DALIP BASANTI,

Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER,
THE UNITED STATES OF AMERICA,
SALUD FAMILY HEALTH CENTER,
ANDRE MAY, M.D.,
N. WELTER, F.N.P.
GUILLERMINA CASTILLO, P.A.,
ALBERTO DENEGRI, M.D.,
KELET ROBINSON, M.D.,
EILEEN FLAHERTY, N.P.,
LORRAINE RUFNER, N.D., and
MELISSA BEAGLE, M.D.,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **United States' Unopposed Motion to Amend Answer** [docket no. 80, filed August 15, 2012] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED.  Defendant United States of America's First Amended Answer to First Amended (Corrected) Complaint for Damages, Jury Demand and Certificate of Review [docket number 82, filed August 15, 2012] is hereby accepted as filed.


DATED:  August 16, 2012