IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-02765-WJM-MJW

DALIP BASANTI,

    Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D., and
PLATTE VALLEY MEDICAL CENTER,
THE UNITED STATES OF AMERICA, by and through
SALUD FAMILY HEALTH CENTER

    Defendants.

---

**ORDER GRANTING DEFENDANT PLATTE VALLEY MEDICAL CENTER'S
UNOPPOSED MOTION TO DISMISS PLAINTIFF'S
FOURTH AND FIFTH CLAIMS FOR RELIEF**

---

This matter comes before the Court on Defendant Platte Valley medical Center's Unopposed Motion to Dismiss Plaintiff's Fourth and Fifth Claims, filed January 9, 2013 (ECF No. 96).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Defendant's Motion is GRANTED.  Plaintiff's Fourth and Fifth Claims for relief against Defendant Platte Valley Medical Center shall be and are DISMISSED WITH PREJUDICE.  Each party shall pay her, his or its own attorney's fees and costs with respect to such claims.

Dated this 11th day of January, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge