**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02765-WJM-BNB

DALIP BASANTI,

     Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER,
THE UNTIED STATES OF AMERICA, and
SALUD FAMILY HEALTH CENTER

     Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
DISMISSAL OF SALUD FAMILY HEALTH CENTER**

---

This matter comes before the Court on Plaintiff's Unopposed Motion for

Dismissal of Defendant, Salud Family Health Center, filed February 12, 2013 (ECF No.

106).  The Court having reviewed the Motion and being fully advised hereby ORDERS

as follows:

The Plaintiff's Motion is GRANTED.  Defendant Salud Family Health Center is

DISMISSED WITHOUT PREJUDICE. All parties shall bear their own attorney's fees and

costs.  The Clerk of the Court is DIRECTED to amend the caption to reflect the removal

of Defendant Salud Family Health Center.

Dated this 13th day of February, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge