IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02765-WJM-BNB

DALIP BASANTI,

Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER, and
THE UNITED STATES OF AMERICA,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Motion to Withdraw Motion to Compel Payment Pursuant to F.R.C.P. 26(b)(4)(E)** [docket no. 111, filed February 15, 2013] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. Plaintiff's Motion to Compel Payment Pursuant to F.R.C.P. 26(b)(4)(E) is **DENIED AS MOOT**.

DATED: February 19, 2013