IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02765-WJM-BNB

DALIP BASANTI,

Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER, and
THE UNITED STATES OF AMERICA,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Plaintiff's Motion for Protective Order** [Doc. # 101, filed 2/5/2013].  Following a hearing yesterday, I made rulings on the record which are incorporated here.

The parties have agreed to pay a reasonable rate for travel time incurred by Dr. Huffman in appearing in Colorado for his deposition.  No relief is requested from me in connection with that agreement.

I am not aware of any authority allowing me to require a party to compensate a local expert for travel time to appear at a lawyer's office for deposition, and I will not require such payment.

The parties have encountered a problem concerning whether an expert should be paid for time reserved for a deposition or only for the time actually expended in conducting the deposition.  To resolve the dispute, I will require that any party intending to examine another

party's expert provide in advance of the deposition an estimate of the amount of time of examination. The party examining must pay the expert for the greater of the time reserved or the time of examination.

In addition, at the parties' request the case schedule is modified to the following extent:

    Discovery Cut-Off:    May 20, 2013.

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:    June 20, 2013.

Expert Disclosures:

(a) The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 1, 2013.

(b) The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 28, 2013.

SO ORDERED.

Dated February 21, 2013.

    BY THE COURT:

    s/ Boyd N. Boland
    United States Magistrate Judge