IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-02765-WJM-BNB | Date: May 1, 2013 | |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 | |

| Parties | Counsel |
|---|---|
| DALIP BASANTI | *DezaRae D. LaCrue* |
| | *Natalie A. Brown* |
| Plaintiff(s), | |
| v. | |
| JEFFREY METCALF, M.D. | *Sheryl K. Bridges* |
| | *Barbara H. Glogiewicz* |
| JASON ROZESKI, M.D. | *Kevin J. Kuhn* |
| | *John P. Streelman* |
| PLATTE VALLEY MEDICAL CENTER | *S. Jane Mitchell* |
| THE UNITED STATES OF AMERICA | *Mark Pestal* |
| Defendant(s). | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 8:38 a.m.

Appearance of counsel.

Argument presented on [126] Motion in Limine to Preclude Disclosure of Subsequent Expert Witness Report Due to Inadvertent Disclosure

**ORDERED:   [126] Motion in Limine to Preclude Disclosure of Subsequent Expert Witness Report Due to Inadvertent Disclosure is DENIED for reasons stated on the record.**

Argument presented on [131] Motion for Leave to Exceed Deposition Time Limit.

**ORDERED:   [131] Motion for Leave to Exceed Deposition Time Limit is GRANTED. Parties allowed an additional 3 ½ hours to question Dr. Huffman about matters not previous made.  Deposition may occur by video conference and is to occur on or before June 10, 2013 in Branson or Springfield, Missouri.**

**Discovery deadline extended to July 2, 2013 to complete depositions.**

Argument presented on [135] Amended Motion to Quash, Motion for Protective Order, and Motion for Immediate Hearing.

**ORDERED:   [135] Amended Motion to Quash, Motion for Protective Order, and Motion for Immediate Hearing is GRANTED.**

> **The Court finds the contract requested is relevant or reasonably calculated to lead to the discovery of admissible evidence, but the defendant United States of America is to serve the subpoena as required by the Federal Rules of Civil Procedure.**

Argument presented [137] Motion to Enforce F.R.C.P. 30(d)(1) and Request for Expedited Briefing.

**ORDERED:   [137] Motion to Enforce F.R.C.P. 30(d)(1) and Request for Expedited Briefing is DENIED.**

Court in Recess:  10:05 a.m.   Hearing concluded.    Total time in Court:  01:27

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.