IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-02765-WJM-BNB | Date: | May 24, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| Parties | Counsel |
|---|---|
| DALIP BASANTI | *DezaRae D. LaCrue* |
| Plaintiff(s), | |
| v. | |
| JEFFREY METCALF, M.D. | *Sheryl K. Bridges* |
| JASON ROZESKI, M.D. | *John P. Streelman* |
| PLATTE VALLEY MEDICAL CENTER | *Richard L. Murray, Jr.* |
| THE UNITED STATES OF AMERICA | *Mark S. Pestal* |
| Defendant(s). | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  4:12 p.m.

Appearance of counsel.

Argument presented on [157] Motion for Leave to Exceed Deposition Time Limit for David Schade, M.D.

**ORDERED:   [157] Motion for Leave to Exceed Deposition Time Limit for David Schade, M.D. is GRANTED.**

Argument presented on [161] Motion for Clarification of Order Regarding Discovery.

**ORDERED:   [161] Motion for Clarification of Order Regarding Discovery is GRANTED. The court clarifies order as follows:
Depositions are limited to only those depositions that were on the table at the time of the May 1, 2013 ruling, no new depositions are to be held.**

Discussion held on timing of deposition of Dr. Huffman.

Discussion held on Motion to Compel.

Discussion held on timing of deposition of Dr. Shade.

**ORDERED:  The court will not change its May 1, 2013 ruling [document #156].**

Court in Recess:  4:34 p.m.     Hearing concluded.     Total time in Court:  00:22

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.