IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02765-PAB-BNB

DALIP BASANTI,

Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER, and
THE UNITED STATES OF AMERICA,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)  Plaintiff's **Motion for Leave to Exceed Deposition Time Limit for David Schade, M.D.** [Doc. # 157, filed 5/14/2013] (the "Motion to Exceed Time"); and

(2)  Platte Valley's **Motion for Clarification of Magistrate's Order Regarding Discovery** [Doc. # 161, filed 5/23/2013] (the "Motion for Clarification").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)  The Motion to Exceed Time [Doc. # 157] is GRANTED.

(2)  The Motion for Clarification [Doc. # 161] is GRANTED as follows:  The extension of the discovery cut-off was only to allow scheduling of depositions already identified by the parties, and those largely (if not exclusively) involved expert witnesses.  The deposition

of Anita Pankowski was not discussed at the hearing nor contemplated by me in connection with extending the discovery cut-off. Accordingly, the deposition of Ms. Pankowski shall not be had.

Dated May 24, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge