IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02765-PAB-BNB

DALIP BASANTI,

Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER, and
THE UNITED STATES OF AMERICA,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Withdraw her Motion to Compel Salud Pharmacy Records and Vacate the Discovery Hearing on June 21, 2013 at 2:00 p.m.** [docket no. 187, filed June 21, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the hearing set for June 21, 2013 is **VACATED**.

IT IS FURTHER ORDERED that the **Plaintiff's Motion to Compel Salud Pharmacy Records** [171] is DENIED AS WITHDRAWN.

DATED: June 21, 2013