IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 11-cv-02765-WJM-BNB | Date: | September 5, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| Parties | Counsel |
|---|---|
| DALIP BASANTI | *DezaRae D. LaCrue* |
| Plaintiff(s), | |
| v. | |
| JEFFREY METCALF, M.D. | *Barbara H. Glogiewicz* |
| JASON ROZESKI, M.D. | *Kevin J. Kuhn* |
| PLATTE VALLEY MEDICAL CENTER | *Richard L. Murray, Jr.* |
| THE UNITED STATES OF AMERICA | *Mark S. Pestal* |
| Defendant(s). | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  1:58 p.m.

Appearance of counsel.

Argument presented on [196] Motion to Strike Plaintiff's Improper Supplemental Expert Reports.

**ORDERED:** **[196] Motion to Strike Plaintiff's Improper Supplemental Expert Reports is DENIED.**

**David Glaser MD and Laurence Huggman MD are to be made available for video depositions.  Depositions are limited to 3 hours each, limited to issues of supplementation, and are to be completed by October 1, 2013.**

**Defendants' supplemental expert reports are due by October 1, 2013.**

Court in Recess:  2:39  p.m.   Hearing concluded.    Total time in Court:  00:41

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.