IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02765-PAB-BNB

DALIP BASANTI,

Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER, and
THE UNITED STATES OF AMERICA,

Defendants.

_____

## ORDER
_____

The parties appeared this afternoon for a final pretrial order.  The proposed First Amended Final Pretrial Order was refused.

IT IS ORDERED:

(1) On or before December 2, 2013, the parties shall submit a revised proposed final pretrial order modified as discussed at the final pretrial conference.

(2) Copies of listed exhibits (other than those for demonstrative purposes) must be provided to opposing counsel no later than January 10, 2014.  The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery or facsimile no later than March 3, 2014.

Dated October 3, 2013.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge