IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-02765-PAB-BNB | Date: January 21, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: BNB COURTROOM A-401 |

| Parties | Counsel |
|---|---|
| DALIP BASANTI | *DezaRae D. LaCrue* |
| Plaintiff, | |
| v. | |
| JEFFREY METCALF, M.D. | *Sheryl K. Bridges* |
| JASON ROZESKI, M.D. | *John P. Streelman* |
| PLATTE VALLEY MEDICAL CENTER | *Richard L. Murray, Jr.* |
| THE UNITED STATES OF AMERICA | *Mark S. Pestal* |
| Defendant(s). | |

### COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  10:31 a.m.

Appearance of counsel.

Argument presented on [222] Motion for Order to Prohibit Plaintiff from Using Altered Trial Exhibits filed December 16, 2013.

**ORDERED:  [222] Motion for Order to Prohibit Plaintiff from Using Altered Trial Exhibits is GRANTED.**

**Exhibits shall have original Bates numbers on all documents. If document was not originally numbered, parties are to agree on a Bates number. This process shall be completed on or before February 14, 2014.**

Court in Recess:  10:58 a.m.   Hearing concluded.    Total time in Court:  00:27

---

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.