IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02765-PAB-BNB

DALIP BASANTI,

Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER, and
THE UNITED STATES OF AMERICA,

Defendants.

---

## ORDER

---

This matter arises on **United States' Motion for Order Prohibiting Plaintiff from Using Altered Trial Exhibits** [Doc. # 222, filed 12/16/2013] (the "Motion").  I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion [Doc. # 222] is GRANTED as specified on the record.  Among other things, the plaintiff shall assure that every page of every exhibit bears a single Bates number and, where possible, the Bates number assigned to the document by the defendants or most frequently used by the parties during depositions;

(2)     On or before February 14, 2014, the parties shall: (a) submit revised exhibit lists consistent with this order; and (b) provide copies of listed exhibits (other than those for demonstrative purposes) to opposing counsel;

(3)     The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the

clerk and served by hand delivery or facsimile no later than March 3, 2014.

Dated January 21, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge