IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02765-PAB-BNB

DALIP BASANTI,

Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER, and
THE UNITED STATES OF AMERICA,

Defendants.
_____

## ORDER
_____

Consistent with my Order [Doc. # 235], the parties submitted revised exhibit lists. The **Defendants' Third Amended Exhibit List** [Doc. # 239-1] is consistent with my order and is accepted. The **Plaintiff's Second Amended Exhibit List** [Doc. # 238-1] contains three improper catch-all categories of exhibits--Exh. 74 "All items referenced during any depositions taken in this matter"; Exh. 76 "All items produced pursuant to C.R.C.P. 26"; and Exh. 77 "All items exchanged in discovery." I do not allow catch-all exhibit categories and particularly not those as sweeping as suggested by the plaintiff. The Plaintiff's Second Amended Exhibit List is accepted except that Exhs. 74, 76, and 77 are stricken.

SO ORDERED.

```
```
Dated February 14, 2014.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge