IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02765-PAB-BNB

DALIP BASANTI,

    Plaintiff,

v.

JEFFREY METCALF, M.D.,
JASON ROZESKI, M.D.,
PLATTE VALLEY MEDICAL CENTER, and
THE UNITED STATES OF AMERICA,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the Unopposed Motion by the United States of America for an Order of Referral to the Magistrate Judge to Conduct a Settlement Conference [Docket No. 246], wherein defendant United States of America "on behalf of the parties" asks the Court to authorize a settlement conference before the assigned magistrate judge. Good cause appearing, it is

    **ORDERED** that the Unopposed Motion by the United States of America for an Order of Referral to the Magistrate Judge to Conduct a Settlement Conference [Docket No. 246] is granted. It is further

    **ORDERED** that, pursuant to D.C.COLO.LCivR 16.6A, Magistrate Judge Boyd N. Boland is authorized to conduct a settlement conference in this case. It is further

    **ORDERED** that the parties shall contact Magistrate Judge Boland's chambers at 303-844-6408 to schedule a settlement conference.

    DATED April 7, 2014.